# Exhibit A

US00D762471S

## (12) United States Design Patent
### Green et al.

(10) Patent No.: **US D762,471 S**
(45) Date of Patent: ** Aug. 2, 2016

(54) **LID**

(71) Applicant: **U.S. Merchants Financial Group, Inc.**, Beverly Hills, CA (US)

(72) Inventors: **Jeff Green**, Beverly Hills, CA (US); **Jose F. Gomez-Mustafa**, Beverly Hills, CA (US)

(73) Assignee: **U.S. Merchants Financial Group, Inc.**, Beverly Hills, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/530,136**

(22) Filed: **Jun. 12, 2015**

(51) **LOC (10) Cl.** .............................................. 09-03
(52) **U.S. Cl.**
USPC ........................................................ **D9/429**
(58) **Field of Classification Search**
USPC .......... D9/429, 434, 435, 443–450, 452, 454, D9/499, 553, 554, 559, 561; D7/387, 392, D7/393, 396.2, 396.4, 509, 510, 511, 514; D3/202, 203.2, 223, 264, 294, 304, 318
CPC ............ A61J 1/00; A61J 1/1412; B65D 1/00; B65D 1/02; B65D 1/10; B65D 1/46; B65D 2585/56; B65D 2585/545; B65D 41/00; B65D 41/56; B65D 41/62; B65D 47/06; B65D 47/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D199,701 S | * | 12/1964 | Kennedy | ........................ | D9/425 |
| D248,015 S | * | 5/1978 | Smith | ........................... | D3/294 |
| D248,280 S | * | 6/1978 | Martin | .......................... | D3/304 |
| 5,042,674 A | * | 8/1991 | Ramsay | ............. | B65D 21/0219 |
| | | | | | 206/505 |
| D328,425 S | | 8/1992 | Brightbill | | |
| D334,453 S | | 3/1993 | Koloski | | |
| D355,118 S | * | 2/1995 | Dickinson | ........................ | D7/605 |
| D358,765 S | | 5/1995 | Dickinson et al. | | |
| D360,336 S | * | 7/1995 | Bitel, Jr. | ......................... | D7/391 |
| D373,953 S | | 9/1996 | Gale | | |
| 5,564,805 A | * | 10/1996 | Dickinson | ................ | B25H 3/02 |
| | | | | | 206/505 |
| D393,369 S | | 4/1998 | Tanji | | |
| D394,550 S | | 5/1998 | Tanji | | |
| D471,454 S | * | 3/2003 | Boebel | ........................... | D9/435 |
| D648,538 S | | 11/2011 | Reinhart et al. | | |
| D675,827 S | * | 2/2013 | Dunford | ........................ | D3/318 |
| D737,522 S | * | 8/2015 | Lavigne | ........................ | D28/76 |
| D744,239 S | * | 12/2015 | Reinhart | ........................ | D3/302 |
| D744,240 S | * | 12/2015 | Reinhart | ........................ | D3/302 |
| 2015/0001120 A1 | * | 1/2015 | Gaskell | ................ | B65D 43/164 |
| | | | | | 206/504 |

* cited by examiner

*Primary Examiner* — Karen S Acker
*Assistant Examiner* — Wendy Arminio
(74) *Attorney, Agent, or Firm* — Lewis Roca Rothgerber Christie LLP

(57) **CLAIM**

The ornamental design for a lid, as shown and described.

**DESCRIPTION**

FIG. **1** is perspective view of a lid showing my new design;
FIG. **2** is a top view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a left side view thereof; and,
FIG. **7** is a right side view thereof.
The broken lines in FIG. **3** depict portions of the lid that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

*FIG. 4*

*FIG. 5*



FIG. 6

FIG. 7

# Exhibit B

US00D762387S

# (12) United States Design Patent
Green et al.

(10) Patent No.: **US D762,387 S**
(45) Date of Patent: ✶✶ **Aug. 2, 2016**

(54) **CONTAINER**

(71) Applicant: **U.S. Merchants Financial Group, Inc.**, Beverly Hills, CA (US)

(72) Inventors: **Jeff Green**, Beverly Hills, CA (US); **Jose F. Gomez-Mustafa**, Beverly Hills, CA (US)

(73) Assignee: **U.S. Merchants Financial Group, Inc.**, Beverly Hills, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/530,134**

(22) Filed: **Jun. 12, 2015**

(51) **LOC (10) Cl.** ............................................... 03-01
(52) **U.S. Cl.**
    USPC ............................................... D3/304
(58) **Field of Classification Search**
    USPC ............ D3/304, 307–314, 315; D9/432, 741;
        D19/75, 77; 206/371–373, 504;
        211/10–11, 13.1, 45, 50, 55, 126.9;
        D6/512, 515, 569
    CPC .... A45C 13/083; A47F 1/04; B65D 71/0003;
        B65D 2543/00222; B65D 2543/00296
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D201,843 S | * | 8/1965 | Johnson | .......................... | D3/307 |
| D251,480 S | | 4/1979 | Cherry | | |
| D258,721 S | * | 3/1981 | Steeg | .............................. | D3/307 |
| D292,634 S | * | 11/1987 | Chabot | .......................... | D3/307 |
| D381,205 S | * | 7/1997 | Conti | .............................. | D3/312 |
| D387,558 S | * | 12/1997 | Mann | .............................. | D3/307 |
| D395,756 S | | 7/1998 | Tanji | | |
| D424,299 S | * | 5/2000 | Varfeldt | ......................... | D3/304 |
| 6,293,418 B1 | * | 9/2001 | Ogden | ............... | B65D 11/1833 220/6 |
| D448,567 S | * | 10/2001 | Buss | .............................. | D3/304 |
| D458,753 S | * | 6/2002 | Overholt | ........................ | D3/304 |
| D486,644 S | | 2/2004 | Claypool | | |
| D503,042 S | * | 3/2005 | Gutierrez | ........................ | D3/273 |
| D549,454 S | * | 8/2007 | Åhman | .......................... | D3/304 |
| D577,195 S | | 9/2008 | Stevens et al. | | |
| D600,018 S | * | 9/2009 | Cope | .............................. | D3/305 |
| D627,562 S | * | 11/2010 | Osiecki | .......................... | D3/304 |
| D663,121 S | * | 7/2012 | Barth | .............................. | D3/304 |
| D666,829 S | * | 9/2012 | Liao | .............................. | D3/304 |
| D672,961 S | * | 12/2012 | Turner | .......................... | D3/304 |
| D684,733 S | * | 6/2013 | Altoon | .......................... | D30/161 |
| D701,698 S | * | 4/2014 | Orgeldinger | .................. | D3/304 |
| D734,610 S | * | 7/2015 | Christie | ......................... | D3/304 |
| D743,171 S | * | 11/2015 | Reinhart | ........................ | D3/279 |
| 9,272,814 B2 | * | 3/2016 | Carver | ............... | B65D 21/0217 |
| 2009/0134176 A1 | * | 5/2009 | Yamauchi | .......... | B65D 11/1833 220/666 |
| 2009/0194530 A1 | * | 8/2009 | Ringler | ............... | B29C 45/0053 220/6 |

* cited by examiner

*Primary Examiner* — Kelley Donnelly
(74) *Attorney, Agent, or Firm* — Lewis Roca Rothgerber Christie LLP

(57) **CLAIM**

The ornamental design for a container, as shown and described.

**DESCRIPTION**

FIG. **1** is perspective view of a container showing my new design;
FIG. **2** is a top view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a left side view thereof; and,
FIG. **7** is a right side view thereof.

**1 Claim, 7 Drawing Sheets**



**U.S. Patent**  Aug. 2, 2016  Sheet 1 of 7  US D762,387 S



FIG. 1



FIG. 2



*FIG.3*



FIG. 4



FIG. 5



FIG. 6



FIG. 7